## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

In re

Dicemia    Hodges

Debtor(s)

Case No. **17-56420**

Chapter  13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## FOR INDIVIDUALS OR JOINT DEBTORS

1.       In accordance with Fed. R. Bankr. P. 1006 and General Order No. 16-2013 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to  $ 310.00  in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.

2.       I am unable to pay the filing fee except in installments.

3.       I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.       I propose the following terms for the payment of the filing fee:

-   First Installment of $ 75.00 ____, with the filing of the petition.
-   Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ 117.50 , on or before 30 days from the date the bankruptcy petition was filed.
-   Final Installment of the remaining unpaid balance of the filing fee in the amount of $ 117.50 , on or before 60 days from the date the bankruptcy petition was filed.

5.       **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.**

_____          _____          _D, Hodges_ _4/6/17_

Signature of Attorney                Date               Signature of Debtor              Date

(In a joint case, both Debtors must sign)

_____                              _____

Name of Attorney                                       Signature of Joint Debtor        Date

1

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2013)

