**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Dicerria Hodges**

Case No.: **17–56420–lrc**
Chapter: **13**

# ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS FOR INDIVIDUALS OR JOINT DEBTORS

Debtor or Debtors (hereinafter "Debtor") has filed an application to pay the filing fee in this case in installments. The Debtor defaulted on the terms of an Order allowing installment payments for filing fees in a previous case. The Court finds that the failure to pay filing fees in a previous case warrants denial of the application to pay the filing fee in installments in this case. Accordingly, it is **ORDERED** that:

1. Debtor's application to pay the filing fee in installments is **Denied.**

2. Debtor shall pay the balance of the case filing fee in the amount of   $310.00 in full by April 14, 2017 .

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court**
**1340 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

3. Failure by Debtor to pay the filing fee in accordance with this Order will result in dismissal of this case without notice or opportunity for further hearing.

4. In accordance with Bankruptcy Rule 1006(b)(3), until the filing fee is paid in full, Debtor shall not pay, and no person shall accept, any money for services in connection with Debtor's case, and Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and all creditors.

**SO ORDERED,** on April 7, 2017 .

*[signature]*

Lisa Ritchey Craig
United States Bankruptcy Judge

Form 310 (Order Denying Application to Pay the Filing Fee in Installments for ALL chapters. – Revised June, 2015)